No. 1480, Misc. AMES *v.* MYERS, CORRECTIONAL SUPERINTENDENT. Sup. Ct. Pa. Certiorari denied.

No. 1481, Misc. SIFRE *v.* DELGADO, WARDEN. Sup. Ct. P. R. Certiorari denied.

No. 1484, Misc. COPESTICK *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 1486, Misc. FRANKLIN *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1488, Misc. WALTON *v.* HOLMAN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 1492, Misc. GARRETT *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1496, Misc. DICKERSON *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 1497, Misc. MONROE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1498, Misc. STEIGER ET AL. *v.* NEW YORK. County Ct., Suffolk County, N. Y. Certiorari denied. *Isidore Silver* for petitioners. *Joseph F. O'Neill* for respondent.

No. 1501, Misc. HEALY, AKA MOORE, ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.